IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBIN GORDON,

    **Plaintiff,**

vs.

Case No.: 2:18-cv-939
JUDGE GEORGE C. SMITH
Magistrate Judge Vascura

DOLLAR GENERAL CORPORATION, *et al.*,

    **Defendants.**

## ORDER

On December 28, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed without prejudice against the John Doe Defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to timely effect service of process. (*See Report and Recommendation,* Doc. 14). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation.*

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Plaintiff's claims against the John Doe Defendants are hereby dismissed without prejudice pursuant to Rule 4(m).

The Clerk shall remove Document 14 from the pending motions list.

**IT IS SO ORDERED.**

    */s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**